# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

May 20, 2026

**By ECF**
The Honorable Eric R. Komitee
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Carlos Alberto Guerrero Mercado
24-CR-287 (EK)**

Your Honor:

I write regarding the government's application to the Court, filed yesterday, for an order dismissing the superseding and underlying indictments against Mr. Guerrero Mercado without prejudice. *See* Application and Proposed Order. ECF No. 36 and 36-1. As the government states, and defense counsel has confirmed as well, Mr. Guerrero Mercado is dead. That being the case, there is no conceivable instance in which these charges would or could be brought again, and accordingly the dismissal should be with prejudice.

Respectfully Submitted,
/s/
Kannan Sundaram
Assistant Federal Defender
(718) 330-1203

cc:     William P. Campos
        Assistant U.S. Attorney