

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WPC:zb
F. #2024R00527

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 20, 2026

By ECF and E-Mail

Noam Biale, Esq.
Courtney Gans, Esq.
Sher Tremonte LLP
90 Broad Street, 23 Floor
New York, NY 10004

> Re:    United States v. Guillermo Isaias Perez Parra
>        Criminal Docket No. 24-287 (S-1) (EK)

Dear Counsel:

Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery has been provided via an encrypted drive. The government also requests reciprocal discovery from the defendant.

I.     The Government's Discovery

The government produces the following materials which are marked as Sensitive pursuant to the protective order.

- Certain emails from the defendant's Google account and bearing bates numbers Sensitive_CMGP_0003279-003406
- Certain emails relating to an Indian chemical company and bearing bates numbers Sensitive_CMGP_0003407-003421
- Certain emails and attachments from the co-defendant's email account and bearing bates numbers Sensitive_CMGP_0003422-003447
- Search warrant application pertaining to several account's including the defendant's Google account and bearing bates numbers Sensitive_CMGP_0003448-003486.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/William P. Campos
William P. Campos
Assistant U.S. Attorney
(718) 254-6104

Enclosures (by USAfx only)

cc:  Clerk of the Court (EK) (by ECF) (without enclosures)

2