EDP: WPC
F.#2024R00527

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X

UNITED STATES OF AMERICA

   - against -

CARLOS ALBERTO GUERRERO
MERCADO,

                Defendant.

-----------------------------------------------X

O R D E R

24 CR 287 (S-1) (EK)

        Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney William P. Campos, it is hereby:

        ORDERED that the above-referenced superseding indictment and underlying indictment, Criminal Docket No. 24-287 (S-1), be dismissed with prejudice as to defendant CARLOS ALBERTO GUERRERO MERCADO.

Dated: Brooklyn, New York
               May 20, 2026

                  **/s/ Eric Komitee**
                  HONORABLE ERIC KOMITEE
                  UNITED STATES DISTRICT COURT JUDGE
                  EASTERN DISTRICT OF NEW YORK